**18TH JUDICIAL DISTRICT COURT**

**PARISH OF IBERVILLE**

**STATE OF LOUISIANA**

| | |
|---|---|
| ROBERT DAVIS AND VERONICA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN T▓▓▓ J▓▓▓, T▓▓▓ W▓▓▓, R▓▓▓ D▓▓, AND R▓▓▓ D▓▓, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | SUIT NO: 81,515<br><br>DIV: A |

**VERSUS**

**OLIN CORPORATION AND**
**THE DOW CHEMICAL COMPANY**

### PETITION FOR DAMAGES – CLASS ACTION

The Petition of Plaintiffs Robert Davis and Veronica Williams, individually and on behalf of her minor children T▓▓▓ J▓▓▓, T▓▓▓ W▓▓▓, R▓▓▓ D▓▓, and R▓▓▓ D▓▓ (collectively, "Plaintiffs"), all of whom are appearing herein individually and on behalf of all others similarly situated, and all of whom are domiciled within the State of Louisiana, represent as follows:

1.

This is a class action brought pursuant to Louisiana Code of Civil Procedure articles 591, *et seq.*, on behalf of a Class which consists of all residents of Iberville Parish, persons working within Iberville Parish, and other persons present within Iberville Parish, and who sustained direct injury or damages and/or whose daily activities or normal movement were impacted as the result of a chlorine release by OLIN CORPORATION and THE DOW CHEMICAL COMPANY that occurred on or about April 11, 2022, in Plaquemine, Louisiana, and whose individual claims do not exceed $75,000.00 exclusive of interest and costs.

2.

Made defendants herein are the following:

a) OLIN CORPORATION ("OLIN"), a corporation incorporated in the Commonwealth of Virginia, with its principal place of business in the State of Missouri, and licensed to do business in the State of Louisiana, which may be served through its registered agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and



EXHIBIT 1

b) THE DOW CHEMICAL COMPANY ("DOW"), a corporation incorporated in the state of Delaware, with its principal business office in the State of Michigan, and licensed to do business in the State of Louisiana, which may be served through its registered agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

3.

OLIN and DOW are liable individually, jointly, and *in solido* unto Plaintiffs and the Class of all others similarly situated for all elements of damages allowed by Louisiana law, whether past, present, or future damages, in an amount that is just and reasonable in the premises for the following reasons.

4.

On or about April 11, 2022, a chlorine release occurred at the Olin Chlor Alkali facility owned and operated by OLIN, which is located within an industrial complex owned and operated by DOW in Plaquemine, Louisiana.

5.

Plaintiffs live in a neighborhood adjacent to the DOW complex and OLIN facility where the chlorine release occurred.

6.

As a result of the chlorine release, certain roads were closed and the Plaintiffs, as well as other workers, residents, and persons in the vicinity, were ordered by the Iberville Parish Sheriff's Office to either shelter in place or remain confined to their places of employment or homes for a period of time.

7.

As a result of the above-described release and/or the shelter-in-place order, Plaintiffs, and the Class of others similarly situated, suffered damages, including but not limited to fear and fright associated with their potential exposure to chlorine; illness and injury as a result of their exposure to chlorine, including headaches, dizziness, sore throats, difficulty breathing, coughing, nausea, and other medical conditions that required treatment and/or hospitalization; and inconvenience by being confined to their places of employment or homes.

8.

OLIN and DOW were negligent in causing the release of chlorine in the following particulars:

a) By failing to properly inspect, maintain, and repair their facilities;

b) By failing to properly protect residents and nearby workers from the release of chlorine; and

c) Other acts of negligence to be proven at the trial of this matter.

9.

As result of the aforementioned chlorine release and acts of negligence and fault by the defendants OLIN and DOW, through the actions or omissions of their agents, employees, or someone for whom they are answerable, OLIN and DOW are liable individually, jointly, and *in solido* to the Plaintiffs, and the Class of others similarly situated, for all damages sustained as are reasonable in the premises, plus legal interest from the date of judicial demand until paid and for all costs of this suit, including but not limited to the following:

a) Exposure to noxious fumes and odors;

b) Physical pain, suffering and injuries;

c) Past medical expenses;

d) Future medical expenses;

e) Emotional and physical distress;

f) Inconvenience, annoyance, and frustration; and

g) Other damages that will be shown at the trial of this matter.

10.

This action is appropriate for determination through the Louisiana class action procedure (Louisiana Code of Civil Procedure articles 591, *et seq.*) for the following nonexclusive reasons:

A. The large number of claimants present a level of numerosity better handled through the class action procedure as opposed to mass joinder of individual claims.

B. Common issues of law and fact pertaining to the determination of fault and liability predominate over the individual issues or quantum.

C. The determination of fault and the basis for assessment of damages may be made in a class action

D. The named Plaintiffs have sustained damages of the nature described hereinabove and are suitable representatives for the class.

E.  The class may be defined objectively in terms of ascertainable criteria, such that the Court may determine the constituency of the class for purposes of the conclusiveness of any judgment that may be rendered in these proceedings.

F.  Plaintiffs are represented by skilled attorneys who are experienced in the handling of mass tort/class actions and who may be expected to handle this action in an expeditious and economical manner to the best interests of all the class members.

G.  The class action procedure affords a superior vehicle for the efficient disposition of the issues and claims herein presented.

**WHEREFORE**, Plaintiffs, pray:

1.  That after due proceedings are had, this action be certified as a class action pursuant to the provisions of Louisiana Code of Civil Procedure articles 591, *et seq.*, in the respects alleged herein, for the purposes of determining issues common to the class, including liability for damages.

2.  That upon certification of the Class, the Court shall order the formulation of a suitable management plan pursuant to Louisiana Code of Civil Procedure article 592(E).

3.  That after due proceedings are had, there be judgment herein in favor of the Plaintiffs the Class of others similarly situated, and against the defendants, OLIN CORPORATION and THE DOW CHEMICAL COMPANY, for all damages as are reasonable in the premises, plus legal interest from the date of judicial demand until paid, all costs of this suit, and for all other just and equitable relief permitted by law.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Email: PleadingService@simien.com
(225) 932-9221; (225) 932-9286 (fax)

FILED
4/26/2022 2:50:46 pm
IBERVILLE PARISH, LA

By: Eulis Simien, Jr., Bar # 12077
Jimmy Simien, Bar # 1598
Roy Bergeron, Jr., Bar #33726

**CLERK—PLEASE SERVE:**

**OLIN CORPORATION**
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**THE DOW CHEMICAL COMPANY**
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816