# UNITED STATES DISTRICT COURT

## MIDDLE OF LOUISIANA

| | |
|---|---|
| ROBERT DAVIS AND VERONICA WILLIAMS, *ET AL.*, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO.: <br><br> JUDGE: <br><br> MAGISTRATE: |
| VERSUS | |
| OLIN CORPORATION, BLUE CUBE OPERATIONS LLC, AND THE DOW CHEMICAL COMPANY | |

---

| | |
|---|---|
| TIM FABRE AND NICOLE FABRE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO.: <br><br> JUDGE: <br><br> MAGISTRATE: |
| VERSUS | |
| OLIN CORPORATION | |

### Exhibit to Notice of Removal

### AFFIDAVIT OF STEVEY SAILORS

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, personally came and appeared:

**Stevey Sailors,**

who, after being duly sworn, did depose and say:

Page 1 of 2



1.  My name is Stevey Sailors, and I am employed by the law firm of Kean Miller, LLP, 400 Convention Street, Suite 700, Baton Rouge, Louisiana 70802 ("Kean Miller").

2.  On May 6, 2022, I sent, via facsimile, a public records request to J. Mitchell Ourso, Jr., Iberville Parish President seeking information as to the automated phone communications ("Reverse 911 Calls") made by the Iberville Parish Office of Emergency Planning ("OEP") as to the chlorine release on April 19, 2022.

3.  Attached as Exhibit A is a summary received from the OEP of the Reverse 911 Calls made, which shows that OEP's system attempted to provide notice of the shelter-in-place to 3,474 phone numbers and 858 individual text numbers.

4.  Attached as Exhibit B—also received from OEP—is the text of the shelter in place message that was communicated by OEP in the Reverse 911 Calls.

5.  I have personal knowledge of the facts stated in this affidavit.

_____
Stevey Sailors

Sworn to and subscribed before me, the undersigned authority, this 8th day of June, 2022.

_____
Notary Public
Jay M. Jalenak, Jr. (La. Bar No. 20234)
My commission expires upon death.

# Scenario 04/18/2022-20:59:50

| | |
|---|---|
| Launch ID | #3141343 |
| Launched By | Iberville Parish Operator |
| Notification Type | Emergency |
| Auto Recall | Yes |
| Started | 4/18/2022 9:06:30 PM |
| Ended | 4/18/2022 9:23:39 PM |
| Expiration | None |
| Voice Minutes Used | 1698 |
| Emails | 0 |
| Phone Calls | 3474 |
| Text Messages | 858 |
| TDD | 5 |
| Attempted Calls | 4814 |
| Numbers Reached | 2671 |
| Numbers Not Reached | 803 |

**Connections**

- Answering Device: 40%
- Answered Live: 45%
- Busy: 3%
- Time Out: 11%

CALL SUCCESS

Optional Settings
Caller ID #: 8664195000

VIEW CONTACTS   MESSAGES

FOLLOW UP

Exhibit A

# SHELTER IN PLACE

This is an emergency message from the Iberville Parish Councils Office of Emergency Preparedness. There has been a Chemical Emergency in your area. A shelter in place has been put in place for all of Plaquemine. Close all doors and windows and turn off your air conditioners. Please stay indoors until further notice.

Exhibit B